## File Hashes for IP Address 68.62.41.133

**ISP:** Comcast Cable
**Physical Location:** New Baltimore, MI

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 03/26/2013 11:55:20 | 6D54A5FC0E76C6637919D7433ACFAE2F9B0F834A | Late for Work |
| 03/26/2013 10:50:26 | B5A57CD035598D39FD3552354C196C2CD9EB1E35 | Red Satin |
| 02/19/2013 07:19:14 | 86303923C033443BFE204673895F66EBF793C202 | Afternoon Picnic |
| 02/07/2013 09:04:01 | 587933055FE075641CF7B71B09AA35D879BC2F5C | Deep Longing |
| 01/28/2013 17:53:37 | FE4E6210D90AEE8DC59311BC993C9A4C243605A5 | Want You |
| 01/28/2013 08:41:55 | 9E7F2C44FC5FF766611D8E6F0D234BE90D55ED41 | Warm Inside |
| 01/02/2013 03:59:36 | AC44BD2FC75996D6918F94E9E85828A7A01BF5B8 | Naughty and Nice |
| 12/13/2012 16:31:33 | 8987EE538A06DBFF5E27723DB4E8BB4B74997333 | Then They Were Three |
| 12/03/2012 04:39:36 | 618DECD952E4EE947CF4FF47FEB0A97CE2CABE3F | Loving Angels |
| 12/03/2012 04:38:55 | 983521F665994D86A0B672880A9FC4BF65C892E6 | Inside Perfection |
| 11/27/2012 09:45:17 | 30C0C6AAAD4E38ACC2D09FB86F9E427C02504471 | Finding Elysium |
| 11/27/2012 09:27:05 | FEA6E3D99585CE04CFBF32B6DDF3FAADE5B4419D | Heart and Soul |
| 11/12/2012 07:01:32 | 391F47E660D11CBE31DD3A03481B332948C7068F | Still With Me |
| 10/18/2012 10:12:34 | 5ABB9D00B1328F33F343F6298ECC65DEC780E85A | Unbelievably Beautiful |
| 10/15/2012 09:15:13 | 5991783A513D5327D511D40E2F9BBF8D60503E39 | Red Hot |
| 10/15/2012 09:13:20 | 95F8C95B4C70A3D356D6BDA0E744330107E21E2B | Dangerous Game |
| 09/26/2012 05:09:36 | 1BEF5A8F06E2B25B15CB5DAB5075E78392D7A5F2 | Good Vibrations |
| 09/24/2012 05:41:21 | 3CBE40E75A4B78315F21C16928CFFC5117942228 | Perfect Together |
| 08/17/2012 06:11:31 | AE17747810E6B5F659238133D57DC7A310B6FAF3 | Threes Company |
| 08/17/2012 06:07:07 | 353154B495A0AF1D8DF6E6F78E7D8C4F79E0B6E4 | Coucher Avec une Autre Fille |
| 08/16/2012 08:14:30 | 81C12A6F3DF2CCF0BEB48CE6B3CA422F5DE2FFC7 | Farewell |

**Total Statutory Claims Against Defendant: 21**

EXHIBIT A

NEMI85