**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MALIBU MEDIA LLC,

    Plaintiff(s),

vs                                                      Case No: 13-12217
                                                            Honorable Victoria A. Roberts

GERALD SHEKOWSKI,

    Defendant(s).
_____/

### NOTICE OF TELEPHONE CONFERENCE ON PENDING MOTION

RE:    Defendant's Motion for Protective Order Regarding Defendant's Computer Hard Drive

The Court received the above motion. The moving party must immediately contact other counsel of record to find a convenient time within the next three (3) days to hold a telephone conference with the Court. After checking schedules, the moving party must contact my secretary, Linda Vertriest, or case manager, Carol Pinegar to arrange a conference. After this telephone conference, the Court will determine the necessity for more formal consideration of the motion.

Do not file a response to this motion before the telephone conference. And no party can file additional motions at this time. If time permits, the Court will discuss other issues during the telephone conference.

                                                            /s/ Victoria A. Roberts
                                                            Victoria A. Roberts
Dated: 7/8/2014                                        United States District Court Judge

**NOTE:** The Court will consider the assessment of reasonable expenses incurred in making the motion, including attorney fees, if this motion is not resolved before the telephone conference. Such assessment will be made if concurrence was sought before the motion was filed and continues to be unreasonably withheld at the time of the telephone conference.

_____

### CERTIFICATE OF SERVICE

I certify that a copy of this notice was served upon on the above date by electronic filing or fax.

                                                                S/Carol A. Pinegar
                                                                 Deputy Clerk