# EXHIBIT A

## DECLARATION OF PATRICK PAIGE

**I, PATRICK PAIGE, DO HEREBY DECLARE:**

1.     I am over the age of eighteen (18) and otherwise competent to make this declaration. The facts stated in this declaration are based upon my personal knowledge.

2.     I was a police officer from 1989 until 2011 for the Palm Beach County Sherriff's Department. From 2000-2011, I was a detective in the computer crimes unit.

3.     As a detective in the computer crimes unit, I investigated internet child pornography and computer crime cases.

4.     I have conducted forensic computer examinations for:

    (a)     Broward County Sheriff's Office (BSO);

    (b)     Federal Bureau of Investigation (FBI);

    (c)     U.S. Customs and Border Protection (CBP);

    (d)     Florida Department of Law Enforcement (FDLE);

    (e)     U.S. Secret Service;

    (f)     Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF); and

    (g)     Various municipalities in the jurisdiction of Palm Beach County.

5.     I was assigned to a police unit working in conjunction with TLO Corp., which is a private company.

6.     When I worked with TLO Corp., I supervised the other detectives assigned to the unit, which consisted of six online investigators and two computer forensic examiners.

7.     With regard to my experience investigating child pornography cases, I supervised police officers whose responsibility it was to establish a successful TCP/IP connection with

persons who were sending pornographic images of children or other illegal content over the Internet using peer-to-peer file sharing programs.

8.    I am familiar with software programs used to investigate computers, including EnCase and Access Data.

9.    I have taken over 400 hours of courses designed to teach people how to investigate computers.

10.    Also, while working from 2003-2011 for Guidance Software, the makers of EnCase, I have taught over 375 hours of courses in computer forensics ranging from beginner to advanced levels.

11.    I have had students in my courses from various government branches, including: (a) sheriff's offices; (b) FBI agents; (c) ATF agents; (d) agents from the Central Intelligence Agency, and (e) individuals from other branches of government and the private sector.

12.    After leaving the Palm Beach County Sherriff's office, I founded Computer Forensics, LLC, where I am currently employed.

13.    I have received the following awards and commendations:

    (a)    1991 – Deputy of the Year, awarded by the 100 Men's Club of Boca Raton & Rotary Club.

    (b)    1997 – Deputy of the Month for June.

    (c)    2001 – Detective of the Month for October.

    (d)    2002 – Outstanding Law Enforcement Officer of the Year, awarded by the United States Justice Department for work in the *U.S. vs. Jerrold Levy* case.

    (e)    2003 – U.S. Customs Service Unit Commendation Citation Award for computer forensic work in Operation Hamlet. Operation Hamlet was one of the largest rings in the history of U.S. Customs of individuals who were molesting their own children, and transmitting the images and video via the Internet.

2

(f)     2005 – Detective of the Month for December.

(g)     2007 – Outstanding Law Enforcement Officer of the Year, awarded by the United States Justice Department for work in the *U.S. vs. Jimmy Oliver* case.

(h)     2008 – Letter of Commendation issued by the FBI for outstanding computer forensic work in the *U.S. vs. Frank Grasso* case.

14.     I have testified as a fact and expert witness on numerous occasions in the field of computer forensics in both trial-level and appellate proceedings before state, federal, and military courts in Florida, California, New Jersey, New York, and Pennsylvania.

15.     No court has ever refused to accept my testimony on the basis that I was not an expert in computer forensics. My skill set and my reputation are my most important assets in my current position with Computer Forensics, LLC.

16.     The offenders' IP addresses, as well as the dates and times of the illegal transmission were recorded.

17.     An officer would then request that the assistant state attorney subpoena the corresponding ISPs for the purpose of identifying the subscribers that were transmitting the illegal content.

18.     In these cases, the subscribers were not notified by the ISPs that their identity was being subpoenaed because they could have deleted the images and destroyed the data.

19.     After receiving the subscribers' identities, we would prepare a search warrant that would authorize us to enter the subscribers' dwelling and seize all of their computer devices.

20.     I was directly involved in approximately 200 search warrants either by way of managing the process or performing it personally.

3

21.     I can recall only one instance in all the times that we executed a search warrant and seized computers where we did not find the illegal content at the dwelling identified in the search warrant.

22.     In that one instance, the Wi-Fi connection was not password protected, and the offender was a neighbor behind the residence.

23.     I never came across a Wi-Fi hacker situation.

24.     In my opinion, a child pornographer has a greater incentive to hack someone's Wi-Fi connection than a BitTorrent user because transmission of child pornography is a very serious crime with heavy criminal penalties, and many offenders can face life sentences if convicted.

25.     I tested IPP International U.G.'s ("IPP") IP detection process.

26.     To do so, I downloaded four public domain movies from the national archive.

27.     I then encoded text into the videos, so that I would know whether someone that downloaded that particular movie downloaded the version of the movie that I created.

28.     I then rented four virtual servers, each of which was connected to the Internet and used a unique IP addresses.

29.     I then configured the servers so that all of them were running Windows 2008 server edition, and I put a different BitTorrent client onto each server.

30.     A BitTorrent "client" is software that enables the BitTorrent protocol to work.

31.     After installing the BitTorrent clients, I also installed Wireshark onto each server. "Wireshark" is a program that captures network traffic and creates PCAPs, just as TCP Dump, which IPP uses, does. A PCAP is like a video recording of all the incoming and outgoing transactions of a computer.

4

32.     After installing Wireshark onto each of the servers, I transferred the movies from my local computer to the servers.

33.     I then used the BitTorrent clients on each of the servers to make .torrent files. I uploaded these .torrent files onto various torrent websites.

34.     I then informed IPP of the movie names. Thereafter, IPP sent me screen captures of the movies I had seeded.

35.     The screen captures sent by IPP had my codes on them; thus, I knew that IPP had caught the movies I had seeded.

36.     IPP also sent me additional data identifying the IP Address used by each of the four servers, and sent me PCAPs.

37.     I reviewed IPP's PCAPs vis-à-vis the PCAP log files created by each of my test servers, and determined that IPP's PCAPs match my PCAPs. This could not have happened unless IPP's server was connected to the test server because the transactions would not match.

38.     From this test, I concluded that IPP's software worked, and had a subpoena been issued for my IP addresses, it would have revealed my identity.

39.     I am paid on an hourly basis by Malibu Media, LLC at the rate of $325.00 per hour for pre-trial investigative work, although the fee increases if I am required to testify at trial.

40.     On or around August 4, 2014, I received a FedEx package tracking number 770737154119, from J.S. Matthews of Spectrum Computer Forensics at 32440 Susanne Dr, Franklin, MI 48025.

41.     The package contained a bare Toshiba one (1) TB hard drive, serial number 14PPW31NSWK7.

42.     This hard drive contained an image of one computer and the image note stated "Gerald Shekoski 500GB Hitachi".

43.     I do not know if this is the only computer Mr. Shekoski used at his residence.

44.     Using EnCase forensic software, Internet Evidence Finder, and Registry Recon, I began examining the contents of the image on the hard drive for evidence of BitTorrent use.

45.     I located a peer-to-peer file sharing software called Limewire.   While not BitTorrent, Limewire is a similar peer-to-peer file sharing system.

46.     Upon further examination, I discovered evidence of piracy.   Specifically, Limewire was used to search for and download over two-hundred (200) different third-party works.  This list of searches is attached hereto as Exhibit A.


**FURTHER DECLARANT SAYETH NAUGHT.**

**DECLARATION**

**PURSUANT TO 28 U.S.C. § 1746**, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of September, 2014.

By: Patrick Paige

Digitally signed by Patrick Paige
DN: cn=Patrick Paige, o=Computer Forensics LLC, ou,
email=patrick@patrickpaige.com, c=US
Date: 2014.09.11 16:53:35 -05'00'

**PATRICK PAIGE**

6

| Full Path | Last-Writte | Base-32 En | Base-16 En | Magnet Link |
|---|---|---|---|---|
| C:\Users\A | 05/31/10 ( | 7BIXL266N | F85175EBI | magnet:?xt=urn:sha1:7BIXL266NO6GND5CCRN3ATR3KADZ4ZPM& |
| C:\Users\A | 08/26/09 | DPOID5RN | 1BDC81F6; | magnet:?xt=urn:sha1:DPOID5RMCYX4S2YLJ2NKZRO5GFBT3DD2&d |
| C:\Users\A | 09/22/09 ( | XYXMGR4F | BE2EC347{ | magnet:?xt=urn:sha1:XYXMGR4F52XWI3GSF4PDLJMPT327DTDQ& |
| C:\Users\A | 12/15/09 ( | C7X2D6GII | 17EFA1F8( | magnet:?xt=urn:sha1:C7X2D6GIHCSFENKCRAHCKPIOC4Y74K3X&dr |
| C:\Users\A | 12/15/09 ( | BNMIG742 | 0B58837F{ | magnet:?xt=urn:sha1:BNMIG742JA2HNY7C5JOVFCAPCQCW4C6J&( |
| C:\Users\A | 09/20/09 | ECD2KYMT | 12087A561 | magnet:?xt=urn:sha1:ECD2KYMTWSTBAJBQKOWRBUI7Q445IJYN& |
| C:\Users\A | 07/26/09 ( | LSK43U23I | 5C95CDD3 | magnet:?xt=urn:sha1:LSK43U23HHVOGIJSPLGJI5SU5HZPI2DI&dn=I |
| C:\Users\A | 07/14/09 | YQVVSUBJ | C42B5950; | magnet:?xt=urn:sha1:YQVVSUBJVPUFJDR3H2HFZE27K5B52GO2&d |
| C:\Users\A | 09/13/09 | SFMLXNU( | 9158BBB6! | magnet:?xt=urn:sha1:SFMLXNUQKXOEXIAHK5BPHCBYP6YVRHL2&( |
| C:\Users\A | 05/22/10 | WTYMUT4 | B4F0CA4F{ | magnet:?xt=urn:sha1:WTYMUT4HR2XMW3OVEDQWVBJEIBNWNA |
| C:\Users\A | 06/13/10 | Z5LATCCE7 | CF560988⁴ | magnet:?xt=urn:sha1:Z5LATCCE7JKNE2KGOV5Q7LAQBRKFRJMK&d |
| C:\Users\A | 06/12/09 ( | WMH33IQ | B30FBDA2 | magnet:?xt=urn:sha1:WMH33IQZCQDBPDW7OOTBNN5QZKTEHDL |
| C:\Users\A | 08/12/10 ( | 3G3DBWG | D9B630D8 | magnet:?xt=urn:sha1:3G3DBWG6ATBVL6HZLH24YF2DTSHTEQJR&( |
| C:\Users\A | 09/22/09 ( | 7J7IBKSFY⁴ | FA7E80AA, | magnet:?xt=urn:sha1:7J7IBKSFY44QVWLQUR7O66HAIXAQCAVY&d |
| C:\Users\A | 07/14/09 | 5E2XS7IBIJ | E935797D( | magnet:?xt=urn:sha1:5E2XS7IBIJTABLO5BKLSZY427NFXTIRL&dn=N |
| C:\Users\A | 10/10/09 | PL544Y4U | 7AFBCE63! | magnet:?xt=urn:sha1:PL544Y4U54FHYMZY3J27R6ZEKJI5ZQMC&dn |
| C:\Users\A | 09/22/09 ( | BU267Z6W | 0D35EFE7I | magnet:?xt=urn:sha1:BU267Z6WRV46YAZGAHTO5BWUCMCTZNF3 |
| C:\Users\A | 06/12/09 ( | AB2MZHRI | 0074CC9E; | magnet:?xt=urn:sha1:AB2MZHRI4JOOFQV52XJDEQJCHF66O5YB&d |
| C:\Users\A | 06/08/09 ( | T3KTVOW( | 9ED53ABA | magnet:?xt=urn:sha1:T3KTVOWGUVGJAXMYYAJOT3HANVS3HFXS{ |
| C:\Users\A | 06/02/10 ( | WRXQJCQI | B46F048A( | magnet:?xt=urn:sha1:WRXQJCQFGR4CCGMM7VZCPEYJHYNXP5TZ{ |
| C:\Users\A | 07/25/10 ( | OB6K5XBY | 707CAEDC | magnet:?xt=urn:sha1:OB6K5XBYES5R7WT7SFCPNU5TR2DZPENM& |
| C:\Users\A | 10/10/09 | A2O2X2SU | 069DABEA | magnet:?xt=urn:sha1:A2O2X2SUQBWFYCBDCGXCLCNAVCO2UVQK |
| C:\Users\A | 10/10/09 | KVXWPKB\ | 556F67A8; | magnet:?xt=urn:sha1:KVXWPKBYWMTZAMCGHW5TOCAPZ7OM2N |
| C:\Users\A | 09/22/09 ( | NU6UFUW | 6D3D42D2 | magnet:?xt=urn:sha1:NU6UFUWAJEOA4MXP5BVDYTY3CYBYPZTA{ |
| C:\Users\A | 05/18/10 ( | N5N2TDN2 | 6F5BA98DI | magnet:?xt=urn:sha1:N5N2TDNZGHEHSHDLK56D47EN7542WC2F{ |
| C:\Users\A | 04/25/09 ( | IN4W4TGN | 43796E4C( | magnet:?xt=urn:sha1:IN4W4TGNVXO7J3SLXZETMDTBZ2B6VYNO& |
| C:\Users\A | 04/06/10 ( | PLXKJQB7\ | 7AEEA4C0; | magnet:?xt=urn:sha1:PLXKJQB7WMEUGWAG7YURUW3J5ZHLCEW. |
| C:\Users\A | 08/12/09 | LHSC65CF( | 59E42F744 | magnet:?xt=urn:sha1:LHSC65CFGQIBIFJUOWVF5HYPTKOO76XU&d |
| C:\Users\A | 09/22/09 ( | FUWQ4ALI | 2D2D0E01 | magnet:?xt=urn:sha1:FUWQ4ALD63Q45FVQCCDRAILELWDX2SOC{ |
| C:\Users\A | 06/12/09 ( | GMYS7LM, | 33312FAD| | magnet:?xt=urn:sha1:GMYS7LMAHYSFDHDCXMTW5EZLRIG4N5LA{ |
| C:\Users\A | 07/26/09 ( | JZOPYGYB\ | 4E5CFC1B( | magnet:?xt=urn:sha1:JZOPYGYBVCQYNLFVN3HHTKU2IJK5XQQJ&di |
| C:\Users\A | 07/14/09 | DADLXBUC | 1806BB86! | magnet:?xt=urn:sha1:DADLXBUOTSIRJMC7YYYL3GJHI7OCW6JH&di |
| C:\Users\A | 09/22/09 ( | HLKEM2P( | 3AD44669 | magnet:?xt=urn:sha1:HLKEM2PGX2IDKQOBUIUYKG3EKAFMZQTP& |
| C:\Users\A | 12/15/09 ( | 2TI5SH2D4 | D4D1D91F | magnet:?xt=urn:sha1:2TI5SH2D4T6KHZEABWJG7E4KA6X5DZER&di |
| C:\Users\A | 07/14/09 | KDSFVRJA( | 50E45AC5; | magnet:?xt=urn:sha1:KDSFVRJAQFK6X6C72A3TQYWXU4BBEY4E&( |
| C:\Users\A | 04/25/09 ( | KMHWGUI | 530F6351⁴ | magnet:?xt=urn:sha1:KMHWGUNCPWLEPTGIOMLS2ZIGVCTI22VX{ |
| C:\Users\A | 10/10/09 | FO4T2OSR | 2BB93D3A | magnet:?xt=urn:sha1:FO4T2OSRSM75LTWUC6VT3J4BOQYRXTY4& |
| C:\Users\A | 05/21/09 ( | 2G3IK2SH2 | D1B6856A | magnet:?xt=urn:sha1:2G3IK2SH2LI5PG5RP7IUHZDQC2MXXLVH&di |
| C:\Users\A | 12/15/09 ( | G42LEKV6( | 3734B22AI | magnet:?xt=urn:sha1:G42LEKV6CQL2LRJCJFBN3CTPDN3OHGUM&( |
| C:\Users\A | 06/08/09 ( | JPJWZ6JJ4( | 4BD36CF9; | magnet:?xt=urn:sha1:JPJWZ6JJ4QKD5YJ7VCCIT6PJWDZ3HVSM&dn |
| C:\Users\A | 05/22/10 ( | 7FDVGRZLI | F94753472 | magnet:?xt=urn:sha1:7FDVGRZLNLR54IWYNYLOE46VXAN35FBG&( |
| C:\Users\A | 08/11/10 ( | KTTD6PQR | 54E63F3E1 | magnet:?xt=urn:sha1:KTTD6PQR52BYXTNO6BA3H3FBT6QJMGPT& |
| C:\Users\A | 09/22/09 ( | 4D5MRX2( | E0FAC8DF! | magnet:?xt=urn:sha1:4D5MRX2Q2YVJ2SHKSYO5JYVXAVY4Z4XR&d |
| C:\Users\A | 09/29/10 ( | OB64DPO( | 707DC1BD | magnet:?xt=urn:sha1:OB64DPOOK4NXCFJJWHANBRDCZSJMSEFL&( |
| C:\Users\A | 07/26/09 ( | 3NBFXFX6( | DB425B96 | magnet:?xt=urn:sha1:3NBFXFX6QQ2EFFGV6XTG6AJH3NJJPAMW&· |
| C:\Users\A | 05/21/09 ( | JP2BA6DIE | 4BF41078( | magnet:?xt=urn:sha1:JP2BA6DIEUSOZB4WRHW6X34K2OGBVZQL& |

```
C:\Users\A 08/12/10 ( O56I3QQJ1777C8DC2( magnet:?xt=urn:sha1:O56I3QQJTKICJZY4CACTZOYIIMO6M4XA&dn
C:\Users\A 07/26/09 ( 4UA4PCY6 E501C78B: magnet:?xt=urn:sha1:4UA4PCY6LTQFMZJAEUMGJODN7UV3LBQZ8
C:\Users\A 07/26/09 ( 36U5G2H( DFA9D368 magnet:?xt=urn:sha1:36U5G2HGB7M2KGQEEANXDDMMNKMJXS/
C:\Users\A 09/22/09 ( SNWJVML\ 936C9AB1 magnet:?xt=urn:sha1:SNWJVMLVAWTRZROBGVRCGDDYNQJDW32
C:\Users\A 07/14/09 1 IBXH3KQ2I 406E7DAA magnet:?xt=urn:sha1:IBXH3KQ2EXMCAOHG3HZAR3HVEFS7F5SN&
C:\Users\A 09/22/09 ( GVMNLUZ/ 3558D5D3 magnet:?xt=urn:sha1:GVMNLUZA2PJMK5GESVKG6IFSBXQN3I6G&(
C:\Users\A 06/08/09 ( LYVHFNKI( 5E2A72B5/ magnet:?xt=urn:sha1:LYVHFNKIOVSSLEA4OQJRBOCYEH57NKBT&d
C:\Users\A 07/14/09 1 KSN5BVKN 549BD0D5 magnet:?xt=urn:sha1:KSN5BVKNL3UMLQTMPB6A4VX55NBD6YC7&
C:\Users\A 06/12/09 ( O6XWHHC 77AF639C! magnet:?xt=urn:sha1:O6XWHHCW6QIC7DGVTEPODLVUD436UDK\
C:\Users\A 04/26/09 1 HKIPGUA3 3A90F350: magnet:?xt=urn:sha1:HKIPGUA3OR2O7NXRJNQKK3XBAP5J4SGJ&d
C:\Users\A 12/15/09 ( 7VUCXVEC FD682BD4 magnet:?xt=urn:sha1:7VUCXVECCXSN4ZB2XICXQZ5ZEHAJZKVS&dn
C:\Users\A 05/21/09 ( CT4GCJXBJ 14F86126E magnet:?xt=urn:sha1:CT4GCJXBJASSKIY5EJRTTC2I2ZBQBBRT&dn=F
C:\Users\A 10/10/09 1 N7XHSGLU 6FEE79197 magnet:?xt=urn:sha1:N7XHSGLUASEDAHWEDH7RFY35ONZQQMT\
C:\Users\A 05/21/09 ( ZDNW6M\ C8DB6F33: magnet:?xt=urn:sha1:ZDNW6MYWD3UA2RVHJLU5YK5QG4VCHZP!
C:\Users\A 07/25/10 ( JMJCT2YN( 4B1229EB( magnet:?xt=urn:sha1:JMJCT2YN6GVOF6BBY3HTGN4HVCTO4FQP&
C:\Users\A 07/04/10 ( N26SVYPO 6EBD2AE1 magnet:?xt=urn:sha1:N26SVYPODSGORGOHZ7FJSOTQYZVXJ5AU&(
C:\Users\A 08/12/10 ( CV7Z5BE4I 157F9E849 magnet:?xt=urn:sha1:CV7Z5BE4ETNIXQTKLGJQ47V4DLQERB3L&dn
C:\Users\A 09/20/09 1 QXCFVBM! 85C45A85! magnet:?xt=urn:sha1:QXCFVBMXZKLRKQLHC3I3HLJG7D5EYTCV&d\
C:\Users\A 10/10/09 1 LH6NNYH1 59FCD6E0I magnet:?xt=urn:sha1:LH6NNYHTTEUHI7H2ULMZHFYVPPBIUYMH&
C:\Users\A 06/12/09 ( N7NL2VV[ 6FDABD56 magnet:?xt=urn:sha1:N7NL2VVDJA2Y6L2PCO4XHCIUEY4PZ6TC&dr
C:\Users\A 08/11/10 ( PGGB6XSF 798C1F5E4 magnet:?xt=urn:sha1:PGGB6XSFFD2VBBTYZY3HBYQUOVD6PDKI&(
C:\Users\A 07/14/09 1 YWU5OBYI C5A9D707 magnet:?xt=urn:sha1:YWU5OBYUDB6SZGH6AT7GHFBZ6QZWV6MI
C:\Users\A 06/12/09 ( E26JRG2UI 26BC989B! magnet:?xt=urn:sha1:E26JRG2URKADIMLIFQ4VVAW4K6ITFZCQ&d\
C:\Users\A 05/22/10 ( 5BYJ57LRX E8709EFD? magnet:?xt=urn:sha1:5BYJ57LRX4D5QTPDOZHFLUZNI76IB6I2&dn=
C:\Users\A 06/01/10 ( RYV2JW6L 8E2BA4DB magnet:?xt=urn:sha1:RYV2JW6L7KNZCNFHBJK4S6RRQEETC3GQ&d
C:\Users\A 04/06/10 ( ZKWZ7LX6 CAAD9FAE magnet:?xt=urn:sha1:ZKWZ7LX6FR4K5RG4O47JLA4TU4EQSUH7&d
C:\Users\A 07/14/09 ( PNOKMEH 7B5CA610I magnet:?xt=urn:sha1:PNOKMEHSRFQVK6IURRPOX2FAISQXRNXC&
C:\Users\A 07/14/09 1 B7BRGCJ2( 0FC31309: magnet:?xt=urn:sha1:B7BRGCJ2O36RN2CEKIGQ5EFY3ANGONWN&
C:\Users\A 07/25/10 ( M3EHESLC 66C87249( magnet:?xt=urn:sha1:M3EHESLO6HQOAJQWWYXG3AZ5JOCBO4G(
C:\Users\A 06/12/09 ( JTIWEPYD2 4CD1623F( magnet:?xt=urn:sha1:JTIWEPYDZ5BHQLIMJ77QSOVHTCUW4QOH8
C:\Users\A 04/06/10 ( M3E6PYDF 66C9E7E0( magnet:?xt=urn:sha1:M3E6PYDHQYMS5GQBFB67XJU4NPLKWWE!
C:\Users\A 09/22/09 ( GGX2PIA4I 31AFA7A0: magnet:?xt=urn:sha1:GGX2PIA4L5UMUL6EFEAPHEP4XYWUS4CO&
C:\Users\A 06/08/09 ( 7UQISR76! FD208947I magnet:?xt=urn:sha1:7UQISR765BISNFIZ4GGAOJLC6LYUYZ4O&dn=
C:\Users\A 10/10/09 1 EGEY64G7 21898F70[ magnet:?xt=urn:sha1:EGEY64G7O36PHFQYHIAOE24TC2SVCP6T&d
C:\Users\A 12/15/09 ( 3SQFB56H DCA050F7( magnet:?xt=urn:sha1:3SQFB56H3LGLLEAXZRWJPBGC6WY43MQL&
C:\Users\A 06/11/10 ( W4XUJLGV B72F44ACI magnet:?xt=urn:sha1:W4XUJLGWQRZGPHHPMWPSVT5ATPZEFZF3
C:\Users\A 07/14/09 1 ZMMMNE1 CB18C692: magnet:?xt=urn:sha1:ZMMMNETQOOKPD3YILVN77XRNRBBOYH3(
C:\Users\A 09/22/09 ( UFICLFON! A1502595( magnet:?xt=urn:sha1:UFICLFON5WGDRXXPVE2WGTUXEU3W7O2F
C:\Users\A 09/22/09 ( UFICLFON! A1502595( magnet:?xt=urn:sha1:UFICLFON5WGDRXXPVE2WGTUXEU3W7O2F
C:\Users\A 06/12/09 ( M3K44X7\ 66D5CE5FI magnet:?xt=urn:sha1:M3K44X7V3BLF37XVVU35WT2MYMS6V4IL&
C:\Users\A 05/28/10 ( FPSLLEGIO 2BE4B590( magnet:?xt=urn:sha1:FPSLLEGIOCQXLA4HN3GQC64KOXSA3XDU&(
C:\Users\A 04/25/09 ( QDIPDRER 80D0F1C4! magnet:?xt=urn:sha1:QDIPDRERHOOGRNK4SOZIRTATIYY4LWS4&d
C:\Users\A 06/11/10 ( J3WVDA3L 4EED5183: magnet:?xt=urn:sha1:J3WVDA3UJM72LSGZXIZNDQ7P7WFNKYGT&
C:\Users\A 09/22/09 ( MGIMNYH 6190C6E0I magnet:?xt=urn:sha1:MGIMNYHD3WEMR664RQAZULFZT6M4KVG
C:\Users\A 06/12/09 ( VWXEJV6G ADAE44D7 magnet:?xt=urn:sha1:VWXEJV6G2VBYRZBIFXB7IOKOPW6HT73N&(
C:\Users\A 08/12/10 ( KYP76BM4 561FFF059 magnet:?xt=urn:sha1:KYP76BM4YVUTYFSGSEC2MCY3PAXD3HRT&
C:\Users\A 07/25/10 ( 3XIBSPQX7 DDD0193E magnet:?xt=urn:sha1:3XIBSPQX7S263RZF2BXEP6XF2UUABLC6&dn
```

```
C:\Users\A 10/10/09 1QFE5BDRX 8149D08E: magnet:?xt=urn:sha1:QFE5BDRXGIEAL254J6SBS6VUU2AJN2RF&dn
C:\Users\A 07/26/09 (YOI2LAYPK C391A583( magnet:?xt=urn:sha1:YOI2LAYPK7RFIWE7KVPFVZTRIZIRWWEJ&dn·
C:\Users\A 05/31/10 (5DEIZFB7G E8C88C94: magnet:?xt=urn:sha1:5DEIZFB7G2SZ7LZSGNI6D74VNB246N76&dn
C:\Users\A 10/10/09 1YJQSHQFP: C26123C0/ magnet:?xt=urn:sha1:YJQSHQFP3JK3T3HCWNWAMDADLMBB2ZL2
C:\Users\A 08/29/09 (KORDDVHI 53A231D4 magnet:?xt=urn:sha1:KORDDVHRZNBQYGSOUQV4TNZLSHOEXCC2
C:\Users\A 07/26/09 (N6INWVEE 6F90DB54! magnet:?xt=urn:sha1:N6INWVEEBKN34F3JJ7Y43UQQVU2FXHZ3&c
C:\Users\A 10/10/09 1K654FRPEI 57BBC2C5I magnet:?xt=urn:sha1:K654FRPERHUVL7ICZVAU34MDMGJIAZQJ&d
C:\Users\A 10/10/09 1N6FRJUZO (6F8B14D3: magnet:?xt=urn:sha1:N6FRJUZOQHVEO5WBX7MPR5S3RDXOS7PTI
C:\Users\A 09/13/09 (4ENVWW3 E11B5B5B: magnet:?xt=urn:sha1:4ENVWW345QYI5BAOUTLVEVJN2V2GHPXT8
C:\Users\A 09/22/09 (T6O45NFS 9F9DCEB4I magnet:?xt=urn:sha1:T6O45NFSBZHWR36IBGBYNWN3TKNOYZQO
C:\Users\A 09/22/09 (7MBJ2QM FB029D41! magnet:?xt=urn:sha1:7MBJ2QMBPLPLLWJ4RUEURCUB6ETXF75V&
C:\Users\A 08/12/10 (T4K7CH7H 9F15F11FE magnet:?xt=urn:sha1:T4K7CH7HWBXUOQZQFM4RAXR4SAYJPWGZ
C:\Users\A 07/25/10 (UESASOWI A124093A( magnet:?xt=urn:sha1:UESASOWMR6QGCTYUJFZ3TU777QH7GVTBI
C:\Users\A 09/22/09 (LM4BHMZ 5B3813B3: magnet:?xt=urn:sha1:LM4BHMZAPX5PYLGWMSXGZGPYSIO3TQPSI
C:\Users\A 06/01/10 (S62CZ3T6F 97B42CEE: magnet:?xt=urn:sha1:S62CZ3T6RHI5RXAJDVOMQP4PAIGXFNC6&d
C:\Users\A 08/12/10 (4XNIXKPFN E5DA8BA9 magnet:?xt=urn:sha1:4XNIXKPFN4DLQSFVMCLC547AFTFY53MF&d
C:\Users\A 07/25/10 (KGO7UYIQ 519DFA61: magnet:?xt=urn:sha1:KGO7UYIQUKSCVY2TJ3GF2KYSZDU5CCHD&d
C:\Users\A 08/11/10 (TUQIV5MT 9D208AF5! magnet:?xt=urn:sha1:TUQIV5MTMRBK7BCEY27XW6Z5NYTDBU3BI
C:\Users\A 06/01/10 (NVD6UIFI 6D47EDD1 magnet:?xt=urn:sha1:NVD63UIFPCUWC57WBT2O4BBRADGVIWGC
C:\Users\A 07/25/10 (47FK4KP5I E7CAAE29I magnet:?xt=urn:sha1:47FK4KP5HWMTP5NSMASJ5ZA67OBFTPW5I
C:\Users\A 07/04/10 (PQIPVKC3I 7C10FAA8! magnet:?xt=urn:sha1:PQIPVKC3MJL26PJR6OXT3CKBMGZ4FPCX&d
C:\Users\A 09/22/09 (WU27N3H B535F6ECI magnet:?xt=urn:sha1:WU27N3HDGJ3NFRKWKG5TR5Y7G3UHZIST8
C:\Users\A 06/12/09 (L5BN5E5N 5F42DE93/ magnet:?xt=urn:sha1:L5BN5E5N65TA3VB6CHCQAJWITGHT3HLZ&c
C:\Users\A 09/22/09 (GWCPGVP 3584F355E magnet:?xt=urn:sha1:GWCPGVPKRKJIKAGCEU3OZQFIDQAWZ7N48
C:\Users\A 12/15/09 (VQCB7HW AC041F9EI magnet:?xt=urn:sha1:VQCB7HWSF6WQGZBCFBQZ74YF6NXYVGGT·
C:\Users\A 08/12/10 (ITXWN4MI 44EF66F18 magnet:?xt=urn:sha1:ITXWN4MK32ZHDJKL5QKJWP5U7ASZZKAW8
C:\Users\A 07/25/10 (JUYTKW33 4D31355B' magnet:?xt=urn:sha1:JUYTKW333GYO5KBSH6BHCM4BWYGTR3VP·
C:\Users\A 09/22/09 (L5PZ3HFB: 5F5F9D9C/ magnet:?xt=urn:sha1:L5PZ3HFB2QYHJHCJ6CQRRESSCOKUV73G&d
C:\Users\A 09/22/09 (QQOELPEL 841C45BC! magnet:?xt=urn:sha1:QQOELPEUGNWDQH5WL5IXXRGBFXSMW6Z
C:\Users\A 12/15/09 (NUO3PUM 6D1DB7D1 magnet:?xt=urn:sha1:NUO3PUMYJ64BR3LLIO4O6JQSTTNK3TMS&(
C:\Users\A 07/26/09 (7JH5WVJN FA4FDB55; magnet:?xt=urn:sha1:7JH5WVJN7KSFPKL3WAWW2FRDTP67XIAO8
C:\Users\A 09/21/10 (C77PYUZ7I 17FEFC533 magnet:?xt=urn:sha1:C77PYUZ7LBSQJUYXDOLDEEH65LQ6HIJL&dn
C:\Users\A 07/14/09 1E6XBJMUT 27AE14B2! magnet:?xt=urn:sha1:E6XBJMUTUAKJOIQSBWYLJAZJJMOP7PJY&dr
C:\Users\A 07/26/09 (S7KSXSHOI 97D52BC8 magnet:?xt=urn:sha1:S7KSXSHOIYNW7FEHTNYC7H2QCQDJVJSZ&d
C:\Users\A 07/14/09 17E5EH4OJ F93A43F1( magnet:?xt=urn:sha1:7E5EH4OJ46MINK7ZVEYGO74S7RFOG23C&d
C:\Users\A 10/10/09 1QRYRDZB 847111E4: magnet:?xt=urn:sha1:QRYRDZB3KYPLUBNOT74RN66LEHBUBES7&(
C:\Users\A 09/22/09 (QJMKXTYV 8258ABCF: magnet:?xt=urn:sha1:QJMKXTYWH35WZJJ2VU7UDQRR4HNN2Z57·
C:\Users\A 07/26/09 (JBJCQPMO 4852283DI magnet:?xt=urn:sha1:JBJCQPMO65OZVBHVCE65ALYVBQ3JNUGH&
C:\Users\A 09/22/09 (2W3GMTV D5B6664EI magnet:?xt=urn:sha1:2W3GMTV2MKGWRVGQP6FEFQ5KLYSXB2YN
C:\Users\A 03/17/09 (VJS2Z53ZO AA65ACF7' magnet:?xt=urn:sha1:VJS2Z53ZOLTBTIU226EXU3EMHH4KX3XN&di
C:\Users\A 10/10/09 1G7NTDSTD 37DB31CA magnet:?xt=urn:sha1:G7NTDSTDB7N662MFYTOXURDTS6P2CFO7&
C:\Users\A 06/12/10 (J6UYSHCIR 4FA9891C( magnet:?xt=urn:sha1:J6UYSHCIRUDYQX4WVYR4BUY2YMDKK4HC&
C:\Users\A 06/01/10 (QDR6JWBI 80E3E4D8: magnet:?xt=urn:sha1:QDR6JWBLUGP5MYFL25X2NXKGFIMLGQXNI
C:\Users\A 08/11/10 (XZSC2HTVI BE642D1E: magnet:?xt=urn:sha1:XZSC2HTVUYHCESVYNAWWGPMNMFG4NXC
C:\Users\A 06/12/09 (HEEQAO5F 3909003B/ magnet:?xt=urn:sha1:HEEQAO5FRUCKONXEMNW4QUMIYX4VFVH·
C:\Users\A 07/14/09 1NVZHBRU1 6D7270C6! magnet:?xt=urn:sha1:NVZHBRUTJEZGLNW6OQWKSILJMI76XUCS&(
C:\Users\A 04/26/09 1IYMPFQZ3: 4618F2C33 magnet:?xt=urn:sha1:IYMPFQZ3XF65ZZTQVI3ZQWLALKYQLESX&dr
```

```
C:\Users\A 04/13/09 ( DI3AYACI5 1A360C00· magnet:?xt=urn:sha1:DI3AYACI5MJPDLX7QPIKZWSODYB2YXGF&d|
C:\Users\A 09/13/09 ( GTRMTQN 34E2C9C1ξ magnet:?xt=urn:sha1:GTRMTQMHI6RVZANW3FRLZS6TB2CAE4K3&
C:\Users\A 12/15/09 ( LMA4MUl( 5B01C651( magnet:?xt=urn:sha1:LMA4MUIONSBZXT4UCH4KTA46WHLU5OAV·
C:\Users\A 06/02/10 ( 5LIK3MQD EAD0ADB2 magnet:?xt=urn:sha1:5LIK3MQDJMK3XAVTCN4UFGLR6PWGXZ6M|
C:\Users\A 06/08/09 ( DG3ZGQY2 19B79343: magnet:?xt=urn:sha1:DG3ZGQYZ334N2MRGPAICMGTAISEX7IY7&d
C:\Users\A 07/14/09 ] LWLMRRK! 5D96C8C5| magnet:?xt=urn:sha1:LWLMRRK3EFCBRYLCD7MISQ6P32LRLEWF&|
C:\Users\A 07/25/10 ( 7WLOl4XL· FD96E472l magnet:?xt=urn:sha1:7WLOI4XL42TFYP3P32MVDIOT7WF5EJT4&d|
C:\Users\A 10/10/09 ] NAPCWGS. 681E2B1A! magnet:?xt=urn:sha1:NAPCWGS27NOXH4LXVUWRKTT3V5IZU6BM·
C:\Users\A 06/12/09 ( 4FCSVOLVl E1452AB9: magnet:?xt=urn:sha1:4FCSVOLVQKHIKKIFYQDIQEEQN2OP6CLH&d|
C:\Users\A 05/16/10 ( ONBWG7I\ 7343637D: magnet:?xt=urn:sha1:ONBWG7IVOIRSCLLDUXJD4FQG6TELOYDO&|
C:\Users\A 09/22/09 ( SSNMFYFII 949AC2E0/ magnet:?xt=urn:sha1:SSNMFYFIN3AKAUYKT6AUBXGHXNZF7B34&|
C:\Users\A 12/15/09 ( PIBN2DUN 7A02DD0E magnet:?xt=urn:sha1:PIBN2DUM6WZYZH4APPSTXZ345NZ6LE56&|
C:\Users\A 06/12/09 ( MF667VN( 617DEFD5, magnet:?xt=urn:sha1:MF667VNORISDBG35QCS7SGRKCSJKPOEJ&d
C:\Users\A 06/12/09 ( YB6UTK67¹ C07D49AB magnet:?xt=urn:sha1:YB6UTK67WIH4HQTZYYPOU5U6WSNAHT4Q·
C:\Users\A 08/11/10 ( OZKX62FIT 76557F68/ magnet:?xt=urn:sha1:OZKX62FITDK2VHS3OZQJNILBV4TGIHOT&dn·
C:\Users\A 10/10/09 ] 2IG2IH2XY· D20DA41F magnet:?xt=urn:sha1:2IG2IH2XY4OSJM2V4BCZ5T3432MS4XZL&dn·
C:\Users\A 05/22/10 ( CNRBKEELI 13621510ξ magnet:?xt=urn:sha1:CNRBKEELFRPIS3FHJNKV6GOG55MPO763Z&d
C:\Users\A 05/23/10 ] HSPPRSERl 3C9EF8C8ξ magnet:?xt=urn:sha1:HSPPRSERESPBMVOJWGWNLWDUZXNFLBIN·
C:\Users\A 06/12/09 ( Y4DFK7OE C706557D( magnet:?xt=urn:sha1:Y4DFK7OEDXAXWY753EIWYHCP2NWLIPPO&
C:\Users\A 10/10/09 ] ACWQJFPJ 00AD0495 magnet:?xt=urn:sha1:ACWQJFPJW7S3PECST3UP4LOPZN7QTPH6&|
C:\Users\A 06/12/09 ( PT4WHSUl 7CF963CA| magnet:?xt=urn:sha1:PT4WHSUFGY4RU5K3ZI5NESP2EDP63Q55&c
C:\Users\A 08/12/10 ( ERHIT6JQV 244E89F93 magnet:?xt=urn:sha1:ERHIT6JQWH4HIQLK73G7IRXH2GCVH6XK&|
C:\Users\A 07/25/10 ( LMXUAIOC 5B2F4021( magnet:?xt=urn:sha1:LMXUAIOOGFW4R4UWXPZBZHMCGOQYDX7·
C:\Users\A 09/13/09 ] KKXJR22O1 52AE98EB/ magnet:?xt=urn:sha1:KKXJR22OFYATVCDCPYOICFBSBS77QBK7&dn·
C:\Users\A 07/14/09 ] MVZ2AFM 6573A015! magnet:?xt=urn:sha1:MVZ2AFM35VDXDVJKYQ426TJ74WOYWE6R|
C:\Users\A 05/09/10 ( U7JCS6ATl A7D22978 magnet:?xt=urn:sha1:U7JCS6ATTJCLYQV4OX7CE2HKW3YQ3I7A&d|
C:\Users\A 06/12/09 ( TE3Y2CX4l 99378D0A magnet:?xt=urn:sha1:TE3Y2CX4T57Q44SS4YPIA2LHNTZ6QLMS&dr
C:\Users\A 07/26/09 ( O3J2EBY2l 76D3A207 magnet:?xt=urn:sha1:O3J2EBY2M4RRXMMRQCVY2DX365LJ2EIV&c
C:\Users\A 09/22/09 ( VAWHO2Z A82C776B: magnet:?xt=urn:sha1:VAWHO2ZVLTT5CFDWX7WAXE6XSYY7DRW(
C:\Users\A 09/22/09 ( 6HK7MJGZ F1D5F624( magnet:?xt=urn:sha1:6HK7MJGZAM3LERAMFHYU2FE7KBZMCTRU|
C:\Users\A 07/04/10 ( 435N2QLG E6FADD41 magnet:?xt=urn:sha1:435N2QLGNMBICS6KHH4OVPNSYRHTZFTL&|
C:\Users\A 10/10/09 ] NE3GC2Q2 6936616A: magnet:?xt=urn:sha1:NE3GC2Q2POYVXHT5LXYXFBDG5RGY6YM2&
C:\Users\A 06/11/10 ] XYIMEGN5 BE10C219I magnet:?xt=urn:sha1:XYIMEGN56D33B67SLQW63P7MSVIC3RJB&c
C:\Users\A 10/10/09 ] OLEEFRC7( 72C842C4! magnet:?xt=urn:sha1:OLEEFRC7Q6YXF5LRJYXS7SB6GGK43TMT&dr
C:\Users\A 09/13/09 ] 7FZMJWY( F972C4DBl magnet:?xt=urn:sha1:7FZMJWYC6GUAKFETCE7ZO7K5GICREUVQ&|
C:\Users\A 10/10/09 ] DIG32ZAH: 1A0DBD64 magnet:?xt=urn:sha1:DIG32ZAH72VV2UMI2ZZDNONJBN6T7TTQ&|
C:\Users\A 09/27/09 ] VVX27MXl· AD6FAFB2 magnet:?xt=urn:sha1:VVX27MXHXYALFUVISSOCKKTG7MFJWXMP8
C:\Users\A 08/12/10 ( GZMYNZQl 365986E6( magnet:?xt=urn:sha1:GZMYNZQEBEG7PBNW4KYQTNNDL7Q3STQ\
C:\Users\A 08/12/10 ( GZMYNZQl 365986E6( magnet:?xt=urn:sha1:GZMYNZQEBEG7PBNW4KYQTNNDL7Q3STQ\
C:\Users\A 08/12/10 ( APY6ORDS 03F1E7447 magnet:?xt=urn:sha1:APY6ORDSPZX3YAVCSH4DZB6ESKNRXPQA&|
C:\Users\A 12/15/09 ( XXMOJPNl BDD8E4BD magnet:?xt=urn:sha1:XXMOJPNUMFO6XGFR5IV2VAZSBKDB6XKB&
C:\Users\A 06/12/09 ( AM4AMZU 033806669 magnet:?xt=urn:sha1:AM4AMZU6IFCJU3JZRMBUPIOHMTVVPAXJ&
C:\Users\A 03/25/09 ( JZ6MWAR/ 4E7CCB02, magnet:?xt=urn:sha1:JZ6MWARAGKB2H46US2OTRGXDQL67XCVO|
C:\Users\A 07/26/09 ( 4ROTVVD( E45D3AD4 magnet:?xt=urn:sha1:4ROTVVDGYW6OK2HDTWEAUQZKDRNPB7I(
C:\Users\A 08/12/10 ( IUUGMO7l 4528663BI magnet:?xt=urn:sha1:IUUGMO7HZ4UUYZJ7H7IVHFKBTZYVHFTI&d|
C:\Users\A 08/12/10 ( D54CU6KY 1F782A79! magnet:?xt=urn:sha1:D54CU6KY7OZNUYBTBN7LXZE6BML22J25&d
C:\Users\A 10/10/09 ] X542WJM/ BF79AB25l magnet:?xt=urn:sha1:X542WJMAMUGH3RCRCPFKZYPZTKUSE2PP8
```

| | | | |
|---|---|---|---|
| C:\Program | 01/11/09 ( | NETZHKEJF | 692793A8! | magnet:?xt=urn:sha1:NETZHKEJKTCM74ZQQALJWSLWQHQJ7N6Q8 |
| C:\Users\A | 06/13/10 | 5F57ZNHA | E97BFCB4! | magnet:?xt=urn:sha1:5F57ZNHAGRFVYJG2WPWGUUBRQZCE4PUN |
| C:\Users\A | 10/10/09 | CKXLVWPS | 12AEBAD9 | magnet:?xt=urn:sha1:CKXLVWPSQ5PW3UPCBC2SKTOCZ7R7RXHH8 |
| C:\Users\A | 06/01/10 ( | GHBTQ4FY | 31C33870! | magnet:?xt=urn:sha1:GHBTQ4FYSXZBTP3NXRKPEG6EZ3GY374C&d |
| C:\Users\A | 03/25/09 ( | XYWXN6TF | BE2D76FA| | magnet:?xt=urn:sha1:XYWXN6TKQ3OHOBGOHESYJPAFTJSB26J6&c |
| C:\Users\A | 07/14/09 | ZE7SBNSO| | C93F20B6! | magnet:?xt=urn:sha1:ZE7SBNSOKKJXGELVB6NWLUWG5MFPXZ538 |
| C:\Users\A | 07/14/09 | ZE7SBNSO| | C93F20B6! | magnet:?xt=urn:sha1:ZE7SBNSOKKJXGELVB6NWLUWG5MFPXZ538 |
| C:\Users\A | 10/10/09 | R7ZBYIK4Y | 8FF21C215 | magnet:?xt=urn:sha1:R7ZBYIK4YC7EROKDNFB3FH7O6TYAD444&di |
| C:\Users\A | 06/12/09 ( | REVWXCAI | 892B6B88| | magnet:?xt=urn:sha1:REVWXCAMQHDJHUPZ72ASFEUE5GPYYUMF |
| C:\Users\A | 08/12/09 | PBXDXCQF | 786E3B8A( | magnet:?xt=urn:sha1:PBXDXCQFSZV75CRJ776GD5VX2SGEWRKC&c |
| C:\Users\A | 07/14/09 | Y7HICTDG; | C7CE814C( | magnet:?xt=urn:sha1:Y7HICTDG7R55QMEHXJU432GJJO6TGKI5&dr |
| C:\Users\A | 09/22/09 ( | 5MPINML( | EB1E86B1( | magnet:?xt=urn:sha1:5MPINMLCMXURWALTFX3XZDAJIFYBTT2H&t |
| C:\Users\A | 06/13/10 | RE24PNKJ( | 8935C7B5( | magnet:?xt=urn:sha1:RE24PNKJC5OHSYUXAJ25HAR4JXND6TEB&di |
| C:\Users\A | 09/18/09 ( | DDL5VGFL | 18D7DA98 | magnet:?xt=urn:sha1:DDL5VGFLPWZYCVQNMAHVAVGW7J5XAADF |
| C:\Users\A | 05/21/09 ( | 4WQYIBJY | E5A18405: | magnet:?xt=urn:sha1:4WQYIBJYT67MAL6ERSWYDGAO3AYTUU2V8 |
| C:\Users\A | 07/14/09 | AJ7DUIDVI | 027E3A20; | magnet:?xt=urn:sha1:AJ7DUIDVUGVMT3UHRY73QKWYK2PQX4ZK8 |
| C:\Users\A | 12/15/09 ( | 7TC3ADQK | FCC5B00E( | magnet:?xt=urn:sha1:7TC3ADQKS5WFAHJY2TB7XNRP3EFFOMPJ&t |
| C:\Users\A | 06/12/09 ( | RO2AFT33 | 8BB402CF; | magnet:?xt=urn:sha1:RO2AFT33HVZ46JQ7RP3N3NMY2ZOO6YEF&t |
| C:\Users\A | 09/22/09 ( | GIE2TKFPV | 3209A9A8; | magnet:?xt=urn:sha1:GIE2TKFPWG74CZANXHCDU2VKB3TGRYVE&t |
| C:\Users\A | 06/12/09 ( | HAVY24IF2 | 382B8D71| | magnet:?xt=urn:sha1:HAVY24IF2QMRYGR4JJ47DXC6K2AM7NH3&t |
| C:\Users\A | 09/22/09 ( | M4WKKZ4 | 672CA567| | magnet:?xt=urn:sha1:M4WKKZ4BV6YXMAJPV5YSM3Y45SJWKSFS& |
| C:\Users\A | 08/30/10 | M4WKKZ4 | 672CA567| | magnet:?xt=urn:sha1:M4WKKZ4BV6YXMAJPV5YSM3Y45SJWKSFS& |
| C:\Program | 01/10/09 ( | NETZHKEJF | 692793A8! | magnet:?xt=urn:sha1:NETZHKEJKTCM74ZQQALJWSLWQHQJ7N6Q8 |
| C:\Program | 01/11/09 ( | NETZHKEJF | 692793A8! | magnet:?xt=urn:sha1:NETZHKEJKTCM74ZQQALJWSLWQHQJ7N6Q8 |
| C:\Users\N | 01/12/09 ( | FUWQ4ALI | 2D2D0E01 | magnet:?xt=urn:sha1:FUWQ4ALD63Q45FVQCCDRAILELWDX2SOC8 |
| C:\Users\N | 01/11/09 ( | OJBNHGTT | 7242D39A; | magnet:?xt=urn:sha1:OJBNHGTTQFQJDW4XEVUTYAR3HCCXEYOS& |
| C:\Program | 01/11/09 ( | NETZHKEJF | 692793A8! | magnet:?xt=urn:sha1:NETZHKEJKTCM74ZQQALJWSLWQHQJ7N6Q8 |

dn=Gives+You+Hell(Glee+Cast+Version)(1)(1).mp3
ln=Dr+Hook+-+Cover+Of+The+Rolling+Stones.mp3
dn=Panic+at+the+Disco+-+Relax,+Relapse.mp3
ı=John+Mayer+-+Why+Georgia.mp3
dn=John+Mayer+-+Your+Body+Is+a+Wonderland.mp3
dn=The+Beach+Boys+-+Wouldnt+It+Be+Nice.mp3
Micheal+Jackson+-+Heal+the+World.mp3
n=American+Boy+-+Estelle.+Feat+Kayne+West.mp3
dn=Taylor+Swift+-+Fifteen.mp3
EC&dn=13+Dream+On+(Glee+Cast+Version)+[fea.mp3
ln=Glee+Cast+-+Don't+Stop+Believin'+(Regionals+Version).mp3
J&dn=Brad+Paisley+-+Online.mp3
dn=Sting+&+The+Police+-+Roxanne.mp3
ln=Pearl+Jam+-+Even+Flow(1).mp3
atasha+Bedingfield+-+Pocket+Full+Of+Sunshine.mp3
=Owl+City+-+Vanilla+Twilight.mp3
&dn=Britney+Spears+-+I+love+Rock+n+Roll.wma
n=Lady+Antebellum+-+Lookin+for+a+good+time.mp3
kdn=Trace+Atkins+-+Your+Gonna+Miss+This.mp3
kdn=Pearl+Jam+-+Last+Kiss.mp3
dn=Billy+Joe+Royal+-+Till+I+Can+t+Take+it+Anymore.mp3
&dn=Zac+Brown+Band+-Toes(2).mp3
IUZ&dn=Colbie+Caillat+-+Fallin+For+You(1).mp3
kdn=Britney+Spears+-+Piece+Of+Me.mp3
kdn=glee++girl+jessies.mp3
dn=Benny+and+the+Jets.mp3
J&dn=Lady+Gaga+-+Just+Dance(Ft+Akon).mp3
n=Bob+Dylan+-+Like+A+Rolling+Stone.mp3
kdn=Britney+Spears+-+Circus.mp3
&dn=Brad+Paisley+-+Waitin'+On+A+Woman.mp3
n=Bjork+-+Earth+Intruders.mp3
n=Lynard+Skynard+-+Sweet+Home+Alabama.mp3
dn=Pearl+Jam+-+Black.mp3
ı=John+Mayer+-+Free+Fallin'.mp3
ln=Gwen+Stefani+-+Hollaback+Girl.mp3
kdn=Elton+John+-+Tiny+Dancer.mp3
dn=Boys+Like+Girls+-+Love+Drunk.mp3
ı=Pearl+Jam+-+Creep+(Eddie+Vedder+covers+radiohead).mp3
dn=John+Mayer+-+Half+of+My+Heart+(with+Taylor+Swift).mp3
=Taylor+Swift+-+White+Horse(1).mp3
ln=15+I+Dreamed+A+Dream+(Glee+Cast+Vers.mp3
dn=Beegees+-+Saturday+Night+Fever.mp3
n=Panic!+At+The+Disco+-+Cancer+Song.mp3
dn=Greenday+-+Boulevard+Of+Broken+Dreams.mp3
dn=meow+mix+[club+mix].mp3
dn=Pearl+Jam+-+Love+Reign+Over+Me.mp3

=Abba+-+Dancing+Queen.mp3
dn=Vanilla+Ice+-+Ice+Ice+Baby++(1980s).mp3
M&dn=Crazy+Frog+-+Ring+Ding+Dong.mp3
L&dn=Pearl+Jam+-+I+Am+Mine.mp3
dn=Sheryl+Crow+-+Soak+Up+The+Sun.mp3
dn=Pearl+Jam+-+Teenage+Wasteland.mp3
n=Taylor+Swift+-+You+Belong+With+Me.mp3
&dn=Gnarls+Barkley+-+Crazy.mp3
.&dn=Lady+GaGa+-+Just+Dance+(Feat+Colby+O'Donis+&+Akon).mp3
n=Elton+John+-+Your+Song.mp3
=John+Mayer+-+Who+Says.mp3
'earl+Jam+-+I'm+Still+Alive.mp3
>&dn=Owl+City+-+Fireflies.mp3
;&dn=Pearl+Jam+-+Behind+Blue+Eyes+(acoustic).mp3
dn=Billy+Joel+-+It's+Still+Rock+&+Roll+To+Me.mp3
dn=Fyfe+Dangerfield+-+She's+Always+A+Woman.mp3
ı=Earth+Wind+&+Fire+-+Boogie+Wonderland.mp3
n=Disturbed+-+Down+With+The+Sickness.mp3
.dn=The+Fray-+Never+Say+Never.mp3
ı=Lady+GaGa+-+Love+Games.mp3
dn=Bee+Gees+-+More+Than+A+Woman.mp3
3&dn=U2+-+Beautiful+day.mp3
n=Owl+City+-+I'll+meet+you+there.mp3
Don't+Stop+Believing+-+Glee+Cast.mp3
ln=Lady+GaGa+-+Beautiful,+Dirty,+Rich(1).mp3
ln=Lady+GaGa-+Bad+Romance.mp3
dn=Black+Eyed+Peas+-+I+Gotta+Feeling.mp3
dn=makes+me+wounder+[extended+concert+version].mp3
)&dn=Billy+joel+-+uptown+girls.mp3
dn=Brad+Paisley+-++I'm+still+a+Guy+.mp3
;&dn=Lady+Gaga+feat.+BeyoncÃ©+-+Telephone.mp3
dn=Brittany+Spears-+Everytime.mp3
=Rodney+Atkins+-+Cleaning+This+Gun+(Come+on+in+Boy)+-+If+You're+Going+Through+Hell.mp3
n=Lady+Antebellum+-+Need+You+Now.mp3
.dn=John+Mayer+-+Say+What+You+Need+To+Say.mp3
&dn=anyway++you+want+it+glee.mp3
;&dn=Beyonce+-+Single+Ladies+(Put+a+Ring+on+it).mp3
'&dn=Panic!+At+The+Disco+-+Disconnect+The+Dots.mp3
'&dn=Disney+-+The+Lion+King+-+Circle+Of+Life+(Elton+John).mp3
.dn=Lady+Antebellum+-+I+Run+To+You.mp3
ln=14+Safety+Dance+(Glee+Cast+Version).mp3
n=Rocket+Man.mp3
.dn=Glee+Cast+-+Faithfully.mp3
M&dn=Pearl+Jam+-+The+Fixer.mp3
dn=Lady+Antebellum+-+Things+People+Say.mp3
dn=Frankie+Valley+and+the+Four+Seasons+-+Oh+What+A+Night+(December+1963).mp3
=Billy+Joel+-+Pressure.mp3

=Rain+-+Creed.mp3
=thong+song.wma
=Beth+(Glee+Cast+Version).mp3
&dn=Beyonce+-+Sweet+Dreams.mp3
&dn=brian+regan.wma
ln=Crazy+Frog+-+Axel+f.mp3
n=Uncle+Kracker+-+Smile.mp3
&dn=3OH3+-+STARSTRUKK.mp3
dn=The+Beattles+-+Obladi,+Oblada.mp3
&dn=Elton+John+-+Can+You+Feel+the+Love+Tonight+-+Walt+Disney+Pictures+-+The+Lion+King+Soundtrack.mp
dn=Elton+John+-+Don't+Let+the+Sun+Go+Down+On+Me.mp3
&dn=Marvin+Gaye+-+Lets+Get+It+On.mp3
&dn=Billy+Joel+-+I+Love+you+Just+the+Way+you+Are.mp3
&dn=Elton+John+-+I+Guess+That's+Why+They+Call+It+The+Blues.mp3
n=Lady+GaGa+-+Lovegame.mp3
n=Chic+-+Le+Freak.mp3
n=Billy+Joel+-+She's+Always+A+Woman+To+me.mp3
&dn=Bee+Gees+-+Saturday+Night+Fever+-+Disco+Inferno.mp3
&dn=Lady+Gaga+-+BoysBoysBoys.mp3
&dn=Billy+Joel+-+For+the+Longest+Time.mp3
n=fyfe++dangerfield+always+a+wome.mp3
dn=Elton+John+-+Sorry+Seems+To+Be+The+Hardest+Word.mp3
ln=Owl+City+-+Rainbow+Veins.mp3
dn=Britney+Spears+-+Womanizer(1).mp3
&dn=John+Mayer+-+Slow+Dancing+In+A+Burning+Room.mp3
dn=Michael+Jackson+&+the+Jackson+5+-+ABC.mp3
&dn=Billy+Joel+-+Piano+Man.mp3
n=Britney+Spears+-+Im+A+Slave+For+You.mp3
Q&dn=Three+Days+Grace+-+Break.mp3
dn=John+Mayer+-+No+Such+Thing.mp3
dn=Right+Said+Fred+-+I'm+Too+Sexy.mp3
=GreenDay+-+Basket+Case.mp3
n=Kelly+Clarkson+-+My+Life+Would+Suck+Without+You.mp3
n=Ozone+-+Noma+Numa+Yei.mp3
ln=Kelly+Clarkson+-+I+Do+Not+Hook+Up.mp3
dn=Michael+Franti+and+Spearhead+-+Say+Hey+(I+Love+You).mp3
&dn=Elton+John+-+Candle+In+The+Wind.mp3
dn=Sisco+-+The+Thong+Song.mp3
N&dn=Britney+Spears+-+Lucky.mp3
n=Cupid+feat+DJ+UNK+&+Fabo--Shuffle+(Remix)+[FBB].mp3
dn=Britney+Spears+-+3+(One,+Two,+Three)+new+single+sept+2009.mp3
dn=Glee+Cast+-+Somewhere+Over+The+Rainbow.mp3
&dn=Lady+GaGa+-+Alejandro.mp3
)U&dn=The+Bee+Gees+-+How+Deep+Is+Your+Love.mp3
W&dn=Eminem+feat+Nate+Dogg+-+Shake+That+Ass+For+Me.mp3
dn=The+Ting+Tings+-+Thats+Not+My+Name.mp3
n=Elton+John+-+The+Way+You+Look+Tonight.mp3

ก=Counting+Crows+-+Big+Yellow+Taxi++featuring+Vanessa+Carlton.mp3
เdn=Kings+Of+Leon-+Use+Somebody.mp3
V&dn=John+Mayer+-+Clarity.mp3
&dn=Glee+-+Like+A+VirgÃn.mp3
ln=Shiny+Toy+Guns+-+Major+Tom.mp3
dn=Carlos+Santana+feat+Rob+Thomas+-+Smooth.mp3
ก=Billy+Joel+-+In+The+Middle+Of+The+Night.mp3
&dn=Sean+Kingston+-+Fire+Burning+The+Dancefloor+-+HotNewHipHop.com.mp3
ก=Lady+Gaga+-+Poker+Face.mp3
ปn=Willie+Wonka+and+the+Chocolate+Factory+-+Pure+Imagination(1).mp3
ปn=Elton+John+++Don't+Go+Breaking+My+Heart.mp3
ln=John+Mayer+-+Every+Little+Thing+She+Does.mp3
n=Scrubs+Theme+Song-+Im+No+Superman.mp3
&dn=Lady+Antebellum+-+Can't+Take+My+Eyes+Off+Of+You.mp3
=Kc+&+The+Sunshine+Band+-+Boogie+Shoes+(Saturday+Night+Fever).mp3
=Leona+Lewis+-+Happy.mp3
n=Glee+-+Imagine.mp3
&dn=laundry++day.mp3
เdn=Kenny+Chesney+-+Out+Last+Night.mp3
dn=Cobra+Starship-+Good+Girls+Gone+Bad.mp3
ln=The+Veronicas-+In+Another+Life.mp3
n=Earth+Wind+and+Fire+-+September.mp3
'Y&dn=Billy+Joel+-+Only+The+Good+Die+Young.mp3
ı=The+Script+-+The+Man+Who+Can't+Be+Moved.mp3
&dn=mr+brightside.wma
n=Glee+Cast+-+Defying+Gravity(1).mp3
ı=Brad+Paisley+-+Alcohol.mp3
ปn=Gunther+-+Ding+Dong+Song+(You+Touch+My+Tralala).mp3
:&dn=Britney+Spears+-+If+You+Seek+Amy.mp3
&dn=Britney+Spears+-+Oops+I+Did+It+Again.mp3
ปn=fyfe+dangerfield+always+a+wome++-+original+track.wma
เdn=Train+-+Hey,+Soul+Sister.mp3
ln=Glee+Cast+-+Bohemian+Rhapsody.mp3
ก=Carrie+Underwood+-+Cowboy+Casanova.mp3
dn=Blind+Mellon+-+No+Rain.mp3
ปn=Pitbull+-+02+-+I+Know+You+Want+Me.mp3
kdn=Nelly+-+Hot+In+Here.mp3
N&dn=Kool+and+The+Gang+-+Ladies+Night.mp3
N&dn=Gladys+Knight+&+The+Pips+-+Midnight+train+to+Georgia.mp3
ปn=Michael+Jackson+-+Don't+stop+till+you+get+enough.mp3
.dn=John+Mayer+-+Love+Song+For+No+One.mp3
.dn=Owl+City+-+West+Coast+Friendship.mp3
&dn=chris+rice+-+best+track+ever.mp3
)&dn=axel+f+new+single.mp3
ก=I'm+Coming+Out.mp3
ln=Earth+Wind+and+Fire+-+Lets+Groove+Tonight.mp3
เdn=Justin+Bieber+-+One+Time(1).mp3

&dn=LimeWireWin4.18.8.exe
1&dn=01+Jump+(Glee+Cast+Version)(1).mp3
&dn=Lady+GaGa+-+Paparazzi.mp3
n=Lady+Gaga+-+Eh+Eh+(Nothing+Else+I+Can+Say).mp3
ln=Chris+Rice+-+What+if+Cartoons+got+saved.mp3
&dn=Shakira+ft+Wyclef+Jean-+Hips+Don't+Lie.MP3
&dn=Incubus+-++Drive.mp3
n=Chris+Brown+-+Forever.mp3
&dn=Lady+Antebellum+-+Love+Don't+Live+Here+Anymore.mp3
dn=Rise+Against-Audience+of+One(1).mp3
n=Miley+Cyrus+-+The+Climb+.mp3
dn=Britney+Spears+-+Gimme+More.mp3
n=glee++anyway+you+want+it.mp3
d&dn=The+Beatles+-+Money+(thats+what+I+want).wma
&dn=Theory+of+a+Deadman+-+Hero+(Chad+Kroeger+of+Nickelback,+Joesy+Scott+of+Saliva,+Tyler+Connolly+of
&dn=hot+in+herre+(new+album).mp3
dn=John+Mayer+-+I'm+Gonna+Find+Another+You.mp3
dn=Hellogoodbye+-+Dear+Jamie...Sincerely+Me.mp3
dn=Panic!+At+The+Disco+-+New+Perspective.mp3
dn=Madina+Lake+-+In+Another+Life.mp3
dn=Pearl+Jam+-+Alive.mp3
dn=Hansons+-+Mmmbop.mp3
&dn=LimeWireWin4.18.8.exe
&dn=LimeWireWin4.18.8.exe
&dn=Britney+Spears+-+Circus.mp3
dn=Radiohead+-+15+Steps.mp3
&dn=LimeWireWin4.18.8.exe

ɔ3

+Theory+of+a+Dead+Man,+Matt+Cameron+of+Pearl+Jam+-+Hero+-+Spiderman+Soundtrack(1.mp3

# EXHIBIT B

**Derek S. Wilczynski**

| | |
|---|---|
| **From:** | Paul Nicoletti <pauljnicoletti@gmail.com> |
| **Sent:** | Thursday, September 11, 2014 8:04 PM |
| **To:** | Derek S. Wilczynski; Lincoln Herweyer |
| **Subject:** | Malibu Media LLC v. John Doe subscriber assigned IP address 68.62.41.133 (Shekoski) \| 2:13-cv-12217-VAR-RSW \| NEMI85-1 -- Expert's Report |
| **Attachments:** | 679516.pdf; Exhibit A - NEMI85-1 Limewire URN Cache Entries.csv.csv; 566446.pdf |

<u>**FRE 408(a) PROTECTED SETTLEMENT DISCUSSIONS**</u>

Derek and Lincoln,

Attached is Plaintiff's expert report. Plaintiff's expert report reveals that Defendant's hard drive contains a peer-to-peer file sharing software and additional evidence of piracy. For your review I am also attaching Defendant's Responses to Plaintiff's First Set of Interrogatories in which Defendant made false statements with regard to Interrogatory Nos. 14, 15, and 21, and further that he never knowingly downloaded a computer file on Limewire. Perhaps even more important is the fact that Defendant failed to "identify each person, including yourself, if applicable, whom you know, at any time in the past, has used BitTorrent or any other type of peer-to-peer file sharing program."

Given Patrick Paige's results, and Defendant's false statements, Plaintiff is certain the infringement emanated from Defendant's home and that the hard drive used to infringe Plaintiff's works has not yet been turned over. Indeed, Joseph Shekoski's purchase of a brand new computer immediately after notification of this suit is a red flag that his previous computer may have been destroyed. If so, proving it will be relatively easy and Plaintiff will seek sanctions against your clients if they intentionally destroyed evidence. Be advised, Plaintiff will be moving to reopen discovery, and to amend its Complaint to add Joseph Shekoski and Amber Shekoski as Defendants. Plaintiff will also add the additional infringements (bringing the total to 36 infringed works). Further, Plaintiff intends on reserving its Subpoena for Deposition Duces Tecum for production of Joseph Shekoski's and Amber Shekoski's hard drives.

With that in mind and my client being sympathetic, as I previously discussed with Lincoln, Malibu has authorized me to resolve this matter confidentially without requiring the Shekoski's to pay money if Mr. Shekoski, Joseph Shekoski and Amber Shekoski sign an agreement promising not to use BitTorrent to infringe on any of Malibu's copyrighted works. Further, if Malibu's investigator discovers Defendant's IP address is being used to infringe its works again, the offending party would be required to stipulate to a judgment of $15,000.

This offer is extremely generous. If your client is in agreement with the dismissal of this case, please confirm that I have your consent and I will begin preparing a stipulation of dismissal with prejudice and with each party bearing their own fees. Your response must be received no later than tomorrow at 5:00pm (9/12/2014). If no response is received we will continue to litigate this case as planned. Please advise.

Best Regards,

**NICOLETTI LAW, PLC**
Paul Nicoletti (P-44419)
33717 Woodward Avenue, Ste. #433
Birmingham, MI 48009

1

Landline: (248) 203-7800
eFax: (248) 928-7051
Email: pauljnicoletti@gmail.com
http://www.nicolettilawplc.com

This e-mail message contains confidential privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) at (248) 203-7800 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you. This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated.

