UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA,

    Plaintiff,

vs                                                  Case No: 13-12217
                                                  Honorable Victoria A. Roberts

GERALD SHEKOSKI,

    Defendant.
_____/

## ORDER

On September 16, 2014, the Court held a Status Conference by telephone. Attending were Paul Nicoletti representing the Plaintiff and Lincoln Herweyer representing the Defendant.

Based on the discussion held the Court orders:

1. Counsel and parties must meet and confer to determine if the parties can resolve their planned motions to dismiss; and

2. Patrick Paige must supplement his affidavit by September 23, 2014. The affidavit must answer the questions: (1) Did Mr. Paige find evidence of copyright infringement as alleged in the Complaint? (2) Did Mr. Paige find evidence of deletion of infringing files?

3. A Telephone Status Conference is set for September 30, 2014 at 11:30 am. The Court will initiate the call.

**IT IS ORDERED**.

                          /s/ Victoria A. Roberts
                          Victoria A. Roberts
                          United States District Judge

Dated: September 17, 2014

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 17, 2014.

s/Linda Vertriest
Deputy Clerk