UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MALIBU MEDIA, LLC,           )
                             )
    Plaintiff,              )   Civil Case No. 2:13-cv-12217-VAR-RSW
                             )
v.                           )
                             )
GERALD SHEKOSKI,             )
                             )
    Defendant.              )
_____)

**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION
OF TIME FOR PATRICK PAIGE TO SUPPLEMENT HIS AFFIDAVIT**

THIS CAUSE came before the Court upon Plaintiff's Motion for Extension of Time For Patrick Paige to Supplement His Affidavit (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have a one (1) day extension of time for Patrick Paige to supplement his affidavit.

SO ORDERED this 24th day of September, 2014.


                By: S/Victoria A. Roberts
                    **UNITED STATES DISTRICT JUDGE**