UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA,

    Plaintiff,

vs                                                     Case No: 13-12217
                                                     Honorable Victoria A. Roberts

GERALD SHEKOSKI,

    Defendant.

_____/

## **CORRECTED ORDER**

On October 2, 2014, the Court held a Telephone Status Conference. Attending were Paul Nicoletti representing the Plaintiff and Derek Wilczynski and Lincoln Herweyer representing the Defendant.

Based on this discussion held, Defendant's Motion for Leave to file a Motion to Dismiss and/or Dismiss with Liability for Attorneys' Fees (Doc. #22) is **MOOT**. The Court sets the following briefing schedule:

1.      Plaintiff's Motion to Dismiss must be filed by:   10/16/14  .

2.      Defendant's Response Brief must be filed by:   11/10/14  .

3.      Plaintiff's Reply Brief must be filed by: 11/20/14  .

All briefs shall comply strictly with LR 7.1 (Statement of Issues, Statement of Controlling/Most Appropriate Authority), and, in addition, must contain a Table of Contents, an Index of Authorities and an Index of Exhibits. The Exhibits must be tabbed. Unpublished cases should be attached. **Counsel are to highlight relevant portions of exhibits to which the Court's attention should be directed.** Furthermore, the format requirements as set forth in LR 5.1 must be strictly adhered to.

A courtesy copy of all motions and briefs must be submitted directly to Judge Roberts' chambers.

Pursuant to L.R. 7.1(e)(2), the Court will decide motions on the briefs filed, **UNLESS** the Court issues a Notice of Motion Hearing.

**IT IS ORDERED**.

                                               /s/ Victoria A. Roberts
                                               Victoria A. Roberts
                                               United States District Judge

Dated: October 6, 2014

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 6, 2014.
>
> s/Linda Vertriest
> Deputy Clerk