**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
|     Plaintiff, | ) | Civil Case No. <u>2:13-cv-12217-VAR-RSW</u> |
| | ) | |
| v. | ) | |
| | ) | |
| GERALD SHEKOSKI, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

<u>**ORDER TO STRIKE AND REMOVE EXHIBIT 13 OF DOC 28**</u>

Counsel notified the Court that Exhibit 13 of CM/ECF 28 was inadvertently uploaded and contains attorney client information.  The Court **ORDERS** that CM/ECF 28 Exhibit 13 be STRICKEN and the image removed from the docket.

**DONE AND ORDERED this <u>17th</u> day of October, 2014**

<u>S/Victoria A. Roberts</u>

**UNITED STATES DISTRICT JUDGE**